# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   1:22-cr-00355 |
| Plaintiff, | JUDGE DAVID A. RUIZ |
| vs. | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| ALEJANDRO MUNOZ-BARRAGAN, | |
| Defendant. | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Carmen E. Henderson regarding the change of plea hearing of Defendant Alejandro Munoz-Barragan which was referred to the Magistrate Judge with the consent of the parties.

On June 29, 2022, the Government filed a three count Information, charging Defendant Alejandro Munoz-Barragan in three counts, with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances; Possession with Intent to Distribute Cocaine; and Interstate Travel in Aid of Racketeering, in violation of Title 21 U.S.C. §§ 846, 841(a)(1); Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); and Title 18 U.S.C. § 1952(a)(3).  Defendant Alejandro Munoz-Barragan was arraigned on July 28, 2022, before Magistrate Judge Carmen E. Henderson, and entered a plea of guilty to Counts 1, 2, and 3 of the Information.  On July 28, 2022, Magistrate Judge Henderson issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Alejandro Munoz-Barragan is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Alejandro Munoz-Barragan is adjudged guilty of Count 1, 2 and 3 of the Information, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances; Possession with Intent to Distribute Cocaine; and Interstate Travel in Aid of Racketeering, in violation of  Title 21 U.S.C. §§ 846, 841(a)(1); Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); and Title 18 U.S.C. § 1952(a)(3). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place on November 4, 2022, at 10:00  a.m. either via Zoom or in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*     8/17/2022
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE